UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:20-cr-108-SPC-NPM

TIMOTHY LANCASTER

---

### ORDER OF FORFEITURE[1]

Before the Court, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for a Preliminary Order of Forfeiture for assets seized from Defendant Timothy Lancaster in relation to the above-referenced case. (Doc. 53). Specifically, the assets sought by the Government are:

1. **an Anderson Manufacturing AM-15 Rifle, serial number 18107984;**
2. **a Springfield XD .45 caliber pistol, serial number HG135421; and**
3. **a Glock GMBH, Model 19GEN4, 9mm pistol, Serial Number ZCS777.**

On September 9, 2020, a Federal Grand Jury returned a five-count Indictment charging Lancaster with one count possession of a firearm by a

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and four counts of possession of controlled substance(s), to be exact, methamphetamines, cocaine, fentanyl, and marijuana, in violation of 21 U.S.C. § 844(a). The Indictment contained forfeiture allegations providing Lancaster with notice of the Government's intent to seek forfeiture of the previously identified firearms which were involved in the commission of Count One of the Indictment. (Doc. 1).

Timothy Lancaster executed a plea agreement with the United States in which he [Lancaster] agreed to enter a plea of guilty to Counts One, Two and Three of the Indictment. Count One charges Lancaster with possession of firearms by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2); Counts Two and Three charge Lancaster with possession of a controlled substance(s), methamphetamines and cocaine, in violation of 21 U.S.C. § 844(a). The plea agreement also contained a forfeiture provision wherein the defendant agreed to forfeit any and all assets involved in the commission of the offense charged in Count One of the Indictment, and that the order of forfeiture would become final at the time it is entered. (Doc. 37).

On March 8, 2021, in accordance with the Plea Agreement, Timothy Lancaster appeared before United States Magistrate Judge Nicholas P. Mizell and entered a plea of guilty to Counts One through Three of the Indictment. (Doc. 49). The undersigned United States District Court Judge accepted

Lancaster's plea on March 10, 2021, adjudicated him guilty and scheduled his Sentencing hearing for June 14, 2021. (Doc. 51).

The Court finds that the United States has established the required connection between the crime and the asset. The United States in entitled to forfeit the property, therefore, the motion is **GRANTED**. Further, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the Court **ORDERS** that the firearm identified above is hereby **FORFEITED** to the United States for disposition according to law subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This forfeiture order as to Defendant Timothy Lancaster **SHALL** become a final at the time it is entered.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the Government.

**DONE AND ORDERED** in Fort Myers, Florida on March 23, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

3