UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:20-cr-108-SPC-NPM

TIMOTHY LANCASTER

## FINAL ORDER OF FORFEITURE[1]

Before the Court is the United States' Motion for Final Order of Forfeiture filed June 16, 2021, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure. (Doc. 69). The Government seeks a final order of forfeiture for the assets subject to the March 23, 2021 Preliminary Order of Forfeiture (Doc. 54), specifically described as follows:

    a. **an Anderson Manufacturing AM-15 Rifle, serial number 18107984;**

    b. **a Springfield XD .45 caliber pistol, serial number HG135421; and**

    c. **a Glock GMBH, Model 19GEN4, 9mm pistol, Serial Number ZCS777.**

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on March 25,

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2021 and continuing through April 23, 2021. (Doc. 61). The publication notified each interested third-party to file a petition to adjudicate their interest within 60-days of the first day of publication with the Office of the Clerk, United States District Court, Middle District of Florida, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901. No one filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Additionally, in accord with 21 U.S.C. § 853(n), the United States properly noticed the only individuals known to have a potential interest in the assets. No one filed a petition or claimed interest in the assets, and the time for filing such petition has expired.

Accordingly, it is now **ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 69) is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on July 19, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record